Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | |
| Fosamax Products Liability Litigation | : | |
| ----------------------------------------------------- | x | |
| *This Document Relates to:* | : | 1:06-md-1789 (JFK) |
| Euela Wooten | : | |
| v. Merck & Co., Inc. | : | |
| | : | |
| Case No: 1:07-cv-7792-JFK | : | **Rule 7.1 Statement** |

-----------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       November 2, 2007

       Respectfully submitted,

       HUGHES HUBBARD & REED LLP

       By: /s/
          Norman C. Kleinberg
          Theodore V. H. Mayer
          William J. Beausoleil

       One Battery Park Plaza
       New York, New York 10004-1482
       (212) 837-6000
       *Attorneys for Defendant Merck & Co., Inc.*